1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9   AT TACOMA

10  TONY SMITH,

11              Plaintiff,                CASE NO. C11-5731 BHS-JRC

12      v.                                ORDER TO PROVIDE
                                          ADDITIONAL BRIEFING
13  WASHINGTON DEPARTMENT OF
    CORRECTIONS et al.,
14
                Defendant.
15

16      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

17  Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636

18  (b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Defendants ask the Court

19  to grant summary judgment. The parties have completed one full round of briefing (ECF No. 17,

20  19, and 20).

21      Defendant's briefing does not adequately address the issue of the timing of the feast held

22  to celebrate the completion of Ramadan in 2010. Plaintiff raised this issue in the complaint and

23  alleges the feast must be held within "the first and third day after the completing of Ramadan."

24  (ECF No. 5, pages 25 -6 ¶ 6.52 through 6.55). Plaintiff alleges that Ramadan ended on

ORDER TO PROVIDE ADDITIONAL BRIEFING -
1

1  September 9, 2010. Plaintiff alleges that the prison did not hold the feast until September 18,

2  2010. Plaintiff alleges that the delay in having the feast violated the tenets of his faith (ECF No.

3  5, page 26, ¶ 6.55).

4        The Court orders that defendant provide briefing on this issue. The additional briefing

5  will be due on or before August 24, 2012. Plaintiff's response will be due on or before

6  September 7, 2012. Defendant's reply will be due on or before September 14, 2012. The Court

7  re-notes defendant's motion for summary judgment, (ECF No. 17), for September 21, 2012.

8        Dated this 17th day of July, 2012.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER TO PROVIDE ADDITIONAL BRIEFING - 2