UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY SMITH,

        Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS et al.,

        Defendant.

CASE NO. C11-5731 BHS-JRC

ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DUE DATE FOR FILING A JOINT STATUS REPORT AND DENYING PLAINTIFF'S MOTION FOR SANCTIONS

The district court has referred this 42 U.S.C. § 1983 civil rights action to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

Defendants ask that the Court extend the filing date for a joint status report until after dispositive motions have been addressed (ECF No. 23). The motion is GRANTED. A joint status report as outlined in the Court's Scheduling order will be due on or before March 6, 2013.

1     Plaintiff asks that the Court enter default or sanctions against defendants for failing to
2 consult with him on the filing of a joint status report (ECF No. 25). Plaintiff's motion is denied
3 and the Clerk's Office is directed to remove ECF 23 and 25 from the Court's calendar.

4     Dated this 1st day November, 2012.

                                                    J. Richard Creatura
                                                    United States Magistrate Judge

ORDER GRANTING DEFENDANTS' MOTION
TO EXTEND THE DUE DATE FOR FILING A
JOINT STATUS REPORT AND DENYING
PLAINTIFF'S MOTION FOR SANCTIONS - 2