1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10  TONY SMITH,

11              Plaintiff,

CASE NO. C11-5731 BHS-JRC

12       v.

ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND THE DUE DATE
FOR FILING A JOINT STATUS REPORT
AND DENYING PLAINTIFF'S MOTION
FOR SANCTIONS

13  WASHINGTON DEPARTMENT OF
    CORRECTIONS et al.,
14
              Defendant.
15

16   The district court has referred this 42 U.S.C. § 1983 civil rights action to the undersigned

17  Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge

18  Rules MJR 1, MJR 3, and MJR 4.

19   Defendants ask that the Court extend the filing date for a joint status report until after

20  dispositive motions have been addressed (ECF No. 23). The motion is GRANTED. A joint status

21  report as outlined in the Court's Scheduling order will be due on or before March 6, 2013.

22
23
24
ORDER GRANTING DEFENDANTS' MOTION
TO EXTEND THE DUE DATE FOR FILING A
JOINT STATUS REPORT AND DENYING
PLAINTIFF'S MOTION FOR SANCTIONS - 1

1  Plaintiff asks that the Court enter default or sanctions against defendants for failing to
2  consult with him on the filing of a joint status report (ECF No. 25). Plaintiff's motion is denied
3  and the Clerk's Office is directed to remove ECF 23 and 25 from the Court's calendar.
4  Dated this 1st day November, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING DEFENDANTS' MOTION
TO EXTEND THE DUE DATE FOR FILING A
JOINT STATUS REPORT AND DENYING
PLAINTIFF'S MOTION FOR SANCTIONS - 2