UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY SMITH,

    Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS.

    Defendant.

CASE NO. C11-5731 BHS

ORDER EXTENDING TIME FOR FILING A JOINT STATUS REPORT

The District Court has referred this 42 U.S.C. §1983 civil rights action to the undersigned Magistrate Judge. The Court's authority for the referral is found in 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4.

Defendants' motion for an extension of time to file a joint status report is granted in light of the pending Report and Recommendation. If the district court does not accept the Report and Recommendation, a joint status report as outlined in the Court's scheduling order will be due on or before June 7, 2013.

Dated this 1st day of April, 2013.

J. Richard Creatura
United States Magistrate Judge

ORDER EXTENDING TIME FOR FILING A
JOINT STATUS REPORT - 1