1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

TONY SMITH,

8                                   Plaintiff,                    CASE NO. C11-5731 BHS

9    v.                                                          ORDER ADOPTING REPORT
                                                                 AND RECOMMENDATION
10   WASHINGTON DEPARTMENT OF
     CORRECTIONS, et al.,
11

12                                  Defendants.

13

14        This matter comes before the Court on the Report and Recommendation ("R&R")

     of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 37. The Court
15

     having considered the R&R and the remaining record, and no objections having been
16

17   filed, does hereby find and order as follows:

18        (1)     The R&R is **ADOPTED**;

19        (2)     Plaintiff's claim relating to not having traditional foods at the end of

20   Ramadan Feast should be dismissed without prejudice. This claim was not exhausted

     through the prison grievance system. All other claims should be dismissed with
21

22   prejudice; and

ORDER− 1

1    (3)    In forma pauperis status is revoked for purposes of appeal.

2    Dated this 11th day April, 2013.

3

4    _____

5    BENJAMIN H. SETTLE
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER− 2